1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>      Plaintiff<br><br>      v.<br><br>LIBERTY APPAREL COMPANY, INC., a New York Corporation; et al.,<br><br>      Defendants. | No. CV 11-05990 CBM-(VBKx)<br><br>**JUDGMENT** |

Consistent with the Court's order issued on November 8, 2012 (Docket No. 56), **IT IS ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff Star Fabrics, Inc. against Defendant  Liberty Apparel Company in the amount of $30,000 in statutory damages and $5,100 in attorney's fees; the total judgment is for the amount of $35,100.

DATED: May 22, 2014

_____
Honorable Consuelo B. Marshall
United States District Judge

1